UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JUAN C. PEREZ,
    a/k/a "Juan Perez,"
    a/k/a "El Raicing,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - X

**SEALED INDICTMENT**

15 Cr.

15 CRIM 599

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/15

COUNT ONE
(Conspiracy to Import Narcotics into the United States)

The Grand Jury charges:

1. From at least in or about October 2014, up to and including at least in or about September 2015, in the Southern District of New York and elsewhere, JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant, and others known and unknown, would and did import into the United States and into the customs territory of the

United States from a place outside thereof a controlled substance, in violation of 21 U.S.C. §§ 952(a) and 960(a)(1).

3. It was further a part and object of the conspiracy that JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant, and others known and unknown, would and did manufacture and distribute a controlled substance, knowing and intending that such substance would be unlawfully imported into the United States and into waters within a distance of twelve miles of the coast of the United States, in violation of 21 U.S.C. §§ 959 and 960(a)(3).

4. The controlled substances that JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant, and others known and unknown, conspired to: (i) import into the United States and into the customs territory of the United States from a place outside thereof; and (ii) manufacture and distribute, knowing and intending that they would be unlawfully imported into the United States and into waters within a distance of twelve miles of the coast of the United States, were five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 960(b)(1)(B), and one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 960(b)(1)(B).

(Title 21, United States Code, Section 963.)

FORFEITURE ALLEGATION

8. As a result of committing the controlled substance offenses charged in Count One and Count Two of this Indictment, JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses charged in Count One and Count Two of this Indictment.

Substitute Assets Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of JUAN C. PEREZ, a/k/a "Juan Perez," a/k/a "El Raicing," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN C. PEREZ,
a/k/a "Juan Perez,"
a/k/a "El Raicing,"
Defendant.

### INDICTMENT

15 Cr.

(21 U.S.C. §§ 963, 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ Foreperson.

9/1/15 - Filed Sealed Indictment
a/w issued
JGoerstein
USMJ